**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **YRENE MATO,**<br><br>                             **Plaintiff,**<br><br>          **-v-**<br><br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and NAVIENT CORPORATION,**<br><br>                             **Defendants.** | **Civil Case Number: 1:24-cv-21007-RAR** |

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## NAVIENT CORPORATION

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **NAVIENT CORPORATION** **only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **NAVIENT CORPORATION.**

Dated:        July 17, 2024


/s/ Joseph Kanee
Joseph Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*