## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**YRENE MATO,**

**Plaintiff,**

-v-

**Civil Case Number: 1:24-cv-21007-RAR**

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and NAVIENT CORPORATION,**

**Defendants.**

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **TRANS UNION, LLC** <u>only</u> in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against TRANS UNION, LLC be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated:          August 21, 2024

/s/ Joseph Kanee
Joseph Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*