**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21007-RAR**

**YRENE MATO**,

 Plaintiff,

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al**,

 Defendants.

_____/

<u>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**</u>

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. <u>only</u>** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs.I t is respectfully requested that the matter against EXPERIAN be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: August 30, 2024

     MARCUS & ZELMAN, LLC

     By: _/s/ Joseph Kanee_
     Joseph Kanee, Esq.
     Attorney for Plaintiff
     4000 Ponce de Leon Blvd, Suite 470

Coral Gables, FL 33146
Phone: (786) 369-1122
Fax:    (732) 298-6256
Email: joseph@marcuszelman.com