**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **YRENE MATO,**<br><br>             **Plaintiff,**<br><br>         **-v-**<br><br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and NAVIENT CORPORATION,**<br><br>             **Defendants.** | **Civil Case Number: 1:24-cv-21007-RAR** |

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yrene Mato, and Defendant Trans Union, LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC**.


Dated:        September 23, 2024


/s/ Joseph Howard Kanee
Joseph Howard Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorney for Plaintiff*

/s/ Ritika Singh
Ritika Singh, Esq.
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel: (214) 560-5459
Email: rsingh@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

/s/ Paige E. Vacante
Paige E. Vacante, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 460-5121
Email: pvacante@seyfarth.com
*Attorney for Defendant*
*Equifax Information Services, LLC*


/s/ Grant Schnell
Grant Schnell, Esq.
Jones Day
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Tel: (404) 581-8023
Email: gschnell@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Kimberly De La Cruz
Kimberly De La Cruz, Esq.
Akerman LLP
98 Southeast 7th Street, Suite 1100
Miami, FL 33131
Tel: (305) 982-5687
Email: Kimberly.delacruz@akerman.com
*Attorney for Defendant*
*Navient Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on September 23, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Joseph Howard Kanee