**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **YRENE MATO,**<br><br>          **Plaintiff,**<br><br>        **-v-**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and NAVIENT CORPORATION,**<br><br>          **Defendants.** | **Civil Case Number: 1:24-cv-21007-RAR** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal of all of Plaintiff's claims against the remaining Defendants, **EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        October 6, 2024

| | |
|---|---|
| /s/ Joseph Howard Kanee<br>Joseph Howard Kanee, Esq.<br>Marcus & Zelman, LLC<br>4000 Ponce de Leon Blvd, Suite 470<br>Coral Gables, FL 33146<br>Tel: (786) 369-1122<br>Email: joseph@marcuszelman.com<br>*Attorney for Plaintiff*<br>*Yrene Mato* | /s/ Grant Schnell<br>Grant Schnell, Esq.<br>Jones Day<br>1221 Peachtree Street NE, Suite 400<br>Atlanta, GA 30361<br>Tel: (404) 581-8023<br>Email: gschnell@jonesday.com<br>*Attorney for Defendant*<br>*Experian Information Solutions, Inc.* |

/s/ Paige E. Vacante
Paige E. Vacante, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 460-5121
Email: pvacante@seyfarth.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

/s/ Ritika Singh
Ritika Singh, Esq.
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel: (214) 560-5459
Email: rsingh@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

/s/ Kimberly De La Cruz
Kimberly De La Cruz, Esq.
Akerman LLP
98 Southeast 7th Street, Suite 1100
Miami, FL 33131
Tel: (305) 982-5687
Email: Kimberly.delacruz@akerman.com
*Attorney for Defendant*
*Navient Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on October 6, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Joseph Howard Kanee