**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21007-RAR**

**YRENE MATO**,

      Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal With Prejudice, [ECF No. 52] ("Stipulation"), filed on October 6, 2024.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**